## 35517. COBURN v. McDILL.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED OCTOBER 12, 1979 — DECIDED NOVEMBER 6, 1979.

*Robert E. Andrews,* for appellant.
*James A. Mackay, David L. G. King, Jr.,* for appellee.

## 35532. BROWNLEE v. STUCKEY.

This case is affirmed without opinion under Rule 59(3).
*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 12, 1979 — DECIDED NOVEMBER 6, 1979.

*Fred W. Rigdon, Jr.,* for appellant.
*James W. Hurt,* for appellee.